IN THE SUPREME COURT OF TEXAS

 No. 04-0119

 In Re Weekley Homes, L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator(s emergency motion for stay, filed February 5, 2004, is
granted. All trial court proceedings, in Cause No. 02-12100-K, styled
Forsting Family Trust, Vernon W. Forsting and Patricia Von Bargen v. David
Weekly Homes in its assumed or common name, in the 192nd District Court of
Dallas County, Texas, are stayed pending further order of this Court.

 2. The real parties in interest are requested to respond to
relator(s petition for writ of mandamus no later than 12:00 p.m., on or
before March 1, 2004.

 Done at the City of Austin, this February 19, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk